# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 430
:
APPOINTMENT TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2018, Magisterial District Judge Sue E. Haggerty, Butler County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years, commencing December 1, 2018.